UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCAS KOCH and GARETT KOCH, minors, by their mother and next best friend, DAWN DOERFLER KOCH, and DAWN DOERFLER KOCH, individually, <br><br> Plaintiffs, <br><br> v. <br><br> AVENT AMERICA, INC. <br><br> Defendant. | Case No. 08 CV 4395 <br><br> Judge Kennelly <br> Magistrate Judge Cole |

**AGREED MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Defendant Philips Electronics North America Corporation ("PENAC") (successor to Avent America, Inc.), by its attorneys and pursuant to Federal Rule of Civil Procedure 6(b), requests an extension of time to answer or otherwise plead to Plaintiff's Complaint. In support of the Motion, PENAC states as follows:

1. Plaintiffs commenced this action by filing a complaint in the Circuit Court of Cook County, Illinois, County Department, Chancery Division on June 20, 2008. PENAC was served on July 7, 2008.

2. On August 4, 2008, PENAC removed the action to this Court.

3. Pursuant to Federal Rule of Civil Procedure 81(c), PENAC's responsive pleading is due on August 11, 2008.

4. Defendant respectfully requests additional time, until September 10, 2008, to respond to the Complaint.

2

     5.    Counsel for Plaintiff has informed PENAC's counsel that Plaintiff has no objection to the Motion.

     6.    This motion is not made for purposes of delay, nor will an extension of time prejudice Plaintiff.

WHEREFORE, for the reasons stated above, Defendant Philips Electronics North America Corporation respectfully requests that this Court allow 30 additional days, up to and including September 10, 2008, for PENAC to answer or otherwise plead to the Complaint, and for any other relief this Court deems just and equitable.

Dated: August 5, 2008

Respectfully submitted,

/s/ Kristen E. Hudson
Attorneys for Defendant
Philips Electronics North America
Corporation, successor to Avent America, Inc.

Paula E. Litt – ARDC #6187696
litt@sw.com
Kristen E. Hudson – ARDC #6281191
hudson@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Tel: 312.701.9300

*Of Counsel*:

Michael H. Steinberg
Brian R. England
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Tel:   (310) 712-6600
Fax:  (310) 712-8800

## **CERTIFICATE OF SERVICE**

I, Kristen E. Hudson, an attorney, hereby certify that on August 5, 2008, I electronically filed the foregoing **Agreed Motion for an Extension of Time to Answer or Otherwise Plead** using the Court's CM/ECF system, which will automatically send electronic notification of such filing to the following individuals:

>Arthur S. Gold
>Gold & Coulson
>11 S. LaSalle, Suite 2500
>Chicago, Illinois 60603
>312.372.0777
>312.372.0778 (Facsimile)
>asg@gcjustice.com

I also certify that I served the same via email and regular U.S. Mail.

/s/ Kristen E. Hudson