# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUCas KOCH and GARETT KOCH, minors, by their mother and next best friend, DAWN DOERFLER KOCH, and DAWN DOERFLER KOCH, individually, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 08 CV 4395 |
| v. ) ) | |
| AVENT AMERICA, INC. ) ) | Judge Kennelly Magistrate Judge Cole |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   See attached Certificate of Service.

     PLEASE TAKE NOTICE that on **Tuesday, August 12, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly, or any judge who may be sitting in his stead in Room 2103 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present **Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead**, a copy of which is hereby served upon you.

August 5, 2008

Respectfully submitted,

/s/ Kristen E. Hudson (hudson@sw.com)
Attorneys for Defendant Philips Electronics North America Corporation, successor to Avent America, Inc.

Paula E. Litt – ARDC #6187696
litt@sw.com
Kristen E. Hudson – ARDC #6281191
hudson@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Tel: 312.701.9300

183775_1.DOC

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby certify that on August 5, 2008, I electronically filed the foregoing **Notice of Motion** using the Court's CM/ECF system, which will automatically send electronic notification of such filing to the following individuals:

Arthur S. Gold
Gold & Coulson
11 S. LaSalle, Suite 2500
Chicago, Illinois 60603
312.372.0777
312.372.0778 (Facsimile)
asg@gcjustice.com

I also certify that I served the same via email and regular U.S. Mail.

/s/ Kristen E. Hudson (hudson@sw.com)