# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4395 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Koch, et al. vs. Avent America, Inc. | | |

**DOCKET ENTRY TEXT**

Agreed motion for extension of time is granted.  Response to complaint is to be filed by 9/10/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case 1:08-cv-04395   Document 8   Filed 08/12/2008   Page 1 of 1

08C4395 Koch, et al. vs. Avent America, Inc.                                                                 Page 1 of 1