## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LUCAS KOCH and GARETT KOCH, minors, by their mother and next best friend, DAWN DOERFLER KOCH, and DAWN DOERFLER KOCH, individually, | |
| **Plaintiff,** | **Case No. 08 C 04395** |
| **v.** | **Judge Kennelly** **Magistrate Judge Cole** |
| AVENT AMERICA INC., an Illinois Corporation, | |
| **Defendant.** | |

## NOTICE OF MOTION

TO:     Paula Litt, Kristen Hudson, SCHOPF & WEISS LLP, 1 S. Wacker Drive, 28th Floor, Chicago, Illinois 60606

Michael Steinberg, Brian England, SULLIVAN & CROMWELL LLP, 1888 Century Park East, Los Angeles, CA 90067

Please be advised that the attached Plaintiff's Motion for remand will be presented before

the Honorable Judge Kennelly in Courtroom 2103, 219 S. Dearborn, Chicago, IL 60604, on

**September 9, 2008 at 9:30 a.m.**

_____/Arthur S. Gold_____
Arthur S. Gold
Gold & Coulson
11 S. LaSalle Street
Suite 2402
Chicago, IL 60603
(312) 372-0777

**CERTIFICATE OF SERVICE BY EMAIL**

On September 2, 2008, the above counsel was served with e-mail copies of this motion by from the Clerk of the Northern District of Illinois.

_____/Arthur S. Gold_____
Arthur S. Gold